HEATHER E. WILLIAMS, #122664
Federal Defender
DAVID HARSHAW, KY Bar # 86435
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710

Attorneys for Defendant
DANIEL JOHN TUBERA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 6:18-MJ-0011-JDP |
|---|---|
| Plaintiff, | AMENDED AND UNOPPOSED MOTION AND ORDER TO RECALL BENCH WARRANT AND REDOCKET CASE |
| v. | |
| DANIEL JOHN TUBERA, | |
| Defendant. | |

Comes defendant, Daniel John Tubera, through counsel, Assistant Federal Defender David Harshaw, and requests that the Court recall the bench warrant ordered to issue on August 22, 2018.

Undersigned counsel spoke to Mr. Tubera this afternoon.  He did not get the voice mail message I left for him last week; it went straight to voice mail.  In addition, it appears that he never got a call after the last court hearing telling him about the August 22 court hearing.  Pursuant to a Rule 43 waiver Mr. Tubera was not at the last court hearing on July 18.  There is a notation in the file that prior counsel spoke to Mr. Tubera on July 17.  Unfortunately, I mistook this for a communication that happened subsequent to the court date.  I assumed someone had personally told Mr. Tubera about the new date; however, no one ever spoke to him.  If I had known this, I would have made further efforts to contact him.

Mr. Tubera has no criminal record.  He is a 7 year Marine veteran.  He did not knowingly miss his court date.  I now also have his email address, so there is an alternate line of communication.

Defendant also requests that he be put on the docket for October 3, 2018 at 10:00 a.m. for a plea or trial setting hearing. He will personally attend.

The undersigned has spoken with the prosecutor, Susan St. Vincent, and she has no objection to this motion.

DATED: August 24, 2018                    Respectfully submitted,

                                                   HEATHER E. WILLIAMS
                                                   Federal Defender

                                                 */s/ David Harshaw*
                                                 DAVID HARSHAW
                                                 Assistant Federal Defender

                                                 Attorneys for  DANIEL JOHN TUBERA

IT IS SO ORDERED.

Dated: August 28, 2018

_____
UNITED STATES MAGISTRATE JUDGE

ORDER

The Court has considered the above Motion and hereby GRANTS it. Accordingly, the bench warrant for Daniel John Tubera, in Case No. 6:18-MJ-0011-JDP, is recalled. The case is redocketed for a plea or trial setting hearing on October 3, 2018 at 10:00 a.m.