| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | MEGAN T. HOPKINS, #294141 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: 559-487-5561/Fax: 559-487-5950 |
| 5 | |
| | Attorney for Defendant |
| 6 | DANIEL JOHN TUBERA |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:18-mj-00011 |
| Plaintiff, | STIPULATION AND ORDER TO VACATE REVIEW HEARING AND TERMINATE UNSUPERVISED PROBATION |
| vs. | |
| DANIEL JOHN TUBERA, | JUDGE: Hon. Jeremy D. Peterson |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the review hearing scheduled for September 10, 2019 at 10:00 a.m. be vacated, and the term of unsupervised probation be terminated early, in light of Mr. Tubera's compliance with all conditions of unsupervised probation and complete payment of the financial penalty imposed.

Mr. Tubera was sentenced on October 3, 2018 to 12 months of unsupervised probation with the conditions that he obey all laws and pay a total financial penalty of $750.00 in installments of not less than $75.00 per month, with payments to be completed by August 3, 2019. At the time of sentencing, the Court indicated that should Mr. Tubera complete his financial penalty payments within the specified time frame and otherwise comply with the terms and conditions of his probation, the Court would terminate his probation after ten months of

demonstrated compliance.

Mr. Tubera has completed payment of the total financial penalty and is otherwise in compliance with the terms and conditions of his probation. It is therefore the request of the parties that the review hearing scheduled for September 10, 2019 at 10:00 a.m. be vacated, and the term of unsupervised probation be terminated.

Respectfully submitted,

MCGREGOR SCOTT
United States Attorney

DATED: August 9, 2019     By:     */s/ Susan St. Vincent*
SUSAN ST. VINCENT
Acting Legal Officer
National Park Service
Yosemite National Park

HEATHER E. WILLIAMS
Federal Defender

DATED: August 9, 2019     By:     */s/ Megan T. Hopkins*
MEGAN T. HOPKINS
Assistant Federal Defender
Attorney for Defendant
DANIEL JOHN TUBERA

## ORDER

Good cause appearing, the above stipulation in Case No. 6:18-mj-00011 is hereby accepted and adopted as the order of this court. The hearing currently set for September 10, 2019 is hereby vacated and the term of unsupervised probation is hereby terminated as of the date of the signing of this order.

IT IS SO ORDERED.

Dated:  August 9, 2019  

_____
UNITED STATES MAGISTRATE JUDGE